Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Graciela E. Gonzales de Lopez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

GRACIELA E. GONZALES DE LOPEZ,

PLAINTIFF,

No. 2:26-cv-02014-AC

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

----------------------------------------------------------

**~~PROPOSED~~ ORDER**

Before the Court is the Stipulation, filed by Plaintiff, Graciela E. Gonzales de Lopez, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until October 15, 2026, to file her Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to November 16, 2026. Plaintiff's deadline to file a reply brief, if any, is extended to November 30, 2026.

//

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED this 27th day of August 2026.

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE